# UNITED STATES DISTRICT COURT
## District of Minnesota

Pollyann Sorcan

           Plaintiff,

v.

Rock Ridge School District (Independent School District No. 2909),  Bill Addy

           Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 23-cv-01174-WMW-LIB

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motion to dismiss, (Dkt. 12), is **GRANTED.**

2. This matter is **DISMISSED WITH PREJUDICE**.

Date: 1/22/2024

KATE M. FOGARTY, CLERK